**MINUTE ENTRY**
**ROBY, M. J.**
**September 14, 2022**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICIA CHEAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-0462** |
| **OCEAN HARBOR CASUALTY INSURANCE COMPANY** | **SECTION: "E" (4)** |

A Settlement Conference was held on this date. Participating were: Nishi Kothari representing the plaintiffs and Gene Smith representing the defendants. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter Sandra Minutillo, 504-589-7781.

The District Judge's staff has entered a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Susie Morgan**

**MJSTAR: 3:00**